# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# Urbana Division

| | |
|---|---|
| **Leland Foster**, | ) |
| Plaintiff, | ) Case No. **2:17-cv-2146** |
| v. | ) |
| | ) Magistrate Judge Eric I. Long |
| **SHRI HARI KRUPA CP, INC.,** an Illinois corporation, | ) |
| Defendant. | ) |

## STIPULATION FOR ENTRY OF CONSENT DECREE AND ORDER

Plaintiff Leland Foster and Defendant Shri Hari Krupa CP, Inc., by and through their undersigned attorneys, stipulate and agree to entry of the accompanying Consent Decree and Order, which fully adjudicates all the claims of all the parties and ends this action.

Dated: February 23, 2018

s/ Owen B. Dunn, Jr.
Owen B. Dunn, Jr., MI. Bar No. P66315
LAW OFFICES OF OWEN DUNN, JR.
4334 West Central Avenue, Suite 222
Toledo, Ohio 43615
Telephone: (419) 241-9661
Email: dunnlawoffice@sbcglobal.net
*Attorney for Plaintiff*

/s/ Anne M. Junia
Anne M. Junia, IL ARDC 6293236
Webster Powell, P.C.
320 W. Ohio St., Suite 501
Chicago, IL 60654
Tel: (312) 587-8800
Fax: (312) 587-8808
ajunia@lawwp.com

*Attorney for Defendant*